THE CITY OF REIDSVILLE, a MUNICIPAL CORPORATION, v. CHARLES M. TURNER AND WIFE, CATHERINE LEWIS TURNER, BRUCE H. TURNER AND WIFE, EDNA G. TURNER, W. O. McGIBBONY, TRUSTEE, AND FEDERAL LAND BANK OF COLUMBIA, SOUTH CAROLINA.

(Filed 22 May, 1957.)

Appeal by petitioner from *Olive, J.,* 12 September, 1956, Term, of ROCKINGHAM.

Proceeding under G.S. Ch. 40 to condemn the fee in 101.18 acres, the bottom land on the 323-acre dairy farm of respondents Turner, for use, together with other lands, in the construction and maintenance of a reservoir in connection with plaintiff's water system. The other respondents were joined because of their respective interests under a deed of trust on the Turner land.

The court submitted, and the jury answered, the sole issue raised by the pleadings, viz.: "What amount are respondents entitled to recover of petitioner, City of Reidsville? Answer: $32,100.00."

The judgment entered adjudged that respondents Turner recover from petitioner the sum of $32,100.00 and costs, and that "the full fee simple title" to the land described and condemned in the proceeding vested in petitioner. Petitioner excepted and appealed.

*Jule McMichael for petitioner, appellant.*

*Frazier & Frazier and Price & Osborne for respondents, appellees.*

PER CURIAM.  The trial was conducted in accordance with the law as established by the decisions of this Court.  While appellant brings forward thirty-one assignments of error, they relate to incidents of the trial rather than to basic principles of law.

Upon conflicting evidence, the amount of compensation to which respondents Turner were entitled was determined by the jury.  Careful consideration fails to disclose error sufficiently prejudicial to petitioner to require a new trial.  Having reached this conclusion, it would serve no useful purpose to discuss in detail the background and particulars of the several assignments.

No error.